144 So. 915

**Wiley COULLIETTE v. STATE.**

4 Div. 650.

Supreme Court of Alabama.
June 2, 1932.

Rehearing Denied Nov. 10, 1932.

L. A. Farmer, of Dothan, for petitioner.
Thos. E. Knight, Jr., Atty. Gen., opposed.

PER CURIAM.
Petition of Wiley Coulliette for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Coulliette v. State, 144 So. 920.
Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

142 So. 917

**Mary Lou CULVER v. Ira V. DOBBS et al.**

8 Div. 376.

Supreme Court of Alabama.
June 23, 1932.

J. N. Powell, of Hartselle, for appellant.
A. J. Harris, of Decatur, for appellee.

FOSTER, J.
The assignments of error in this case present no ruling of the court for our review, and the decree must therefore be affirmed.
Affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

144 So. 915

**CRAWFORD JOHNSON & CO. et al. v. Martha PARSONS, Adm'x, etc.**

6 Div. 218.

Supreme Court of Alabama.
Dec. 15, 1932.

Nesbit, Sadler & Dunn, of Birmingham, for appellant.

John W. Altman, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by agreement.

143 So. 923

**Ex parte A. C. DAVIS et al.**

3 Div. 28.

Supreme Court of Alabama.
Aug. 29, 1932.

Ball & Ball and John L. Goodwyn, all of Montgomery, for petitioners.

PER CURIAM.
Writ denied.

143 So. 924

**Ella FIELDS v. STATE.**

6 Div. 230.

Supreme Court of Alabama.
Oct. 6, 1932.

PER CURIAM.
Appeal dismissed by appellant.

142 So. 917

**Ex parte M. K. FRANK.**

6 Div. 160.

Supreme Court of Alabama.
May 26, 1932.

Chas. H. Brown, of Birmingham, for petitioner.

PER CURIAM.
Petition dismissed.